J-E01007-16

| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellee | |
| v. | |
| NORMA JEAN HOLMES | |
| Appellant | No. 305 MDA 2014 |

Appeal from the Order Entered January 21, 2014
In the Court of Common Pleas of 39th District
Fulton County Branch
Criminal Division at No: CP-29-CR-0000103-2012

BEFORE:  FORD ELLIOTT, P.J.E., BENDER, P.J.E., BOWES, SHOGAN, LAZARUS, MUNDY, OLSON, OTT, and STABILE, JJ.

PER CURIAM ORDER

It appearing that the *en banc* Superior Court of Pennsylvania is divided evenly 4-4 on the issue of whether restitution was properly ordered by the trial court under Section 1106(a) of the Crimes Code, 18 Pa.C.S.A. § 1106(a), the order of the trial court dated January 21, 2014, ordering restitution as a direct result of the crime for which Appellant was sentenced, is deemed **AFFIRMED**.

To the extent the trial court's January 21, 2014 order also imposed restitution upon the Appellant as a condition of probation under Section 9754(c)(8) of the Sentencing Code, 42 Pa.C.S.A. § 9754(c)(8), the trial court's order of restitution as a condition of probation is hereby **VACATED**, as the *en banc* Superior Court of Pennsylvania is unanimous in the result that the order of conditional probation was improper.

Judge Mundy did not participate in the consideration or decision of this case.

**PER CURIAM**